Norman BANKS, Appellant,

v.

AMEREN UE; Armstrong Teasdale
Law Firm, Appellees.

No. 11–1902.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 10, 2011.

Filed: Nov. 17, 2011.

Norman Banks, Florissant, MO, pro se.

Jovita Foster, Armstrong & Teasdale, St. Louis, MO, for Appellees.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Norman Banks appeals the district court's[1] dismissal of his action seeking relief from final judgments based on alleged fraud on the court. Appellees have moved for sanctions against Banks. We conclude dismissal was proper for the reasons the district court stated. *See Superior Seafoods, Inc. v. Tyson Foods, Inc.*, 620 F.3d 873, 878–79 (8th Cir.2010). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B. We deny appellees' motion for sanctions.

---

[1]. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.